# PD-1582-15

NO. _____

14TH COA NO. 14-14-00403-CR

| | | |
|---|---|---|
| CEDRIC HOPES | § | IN THE COURT OF CRIMINAL |
| V. | § | |
| THE STATE OF TEXAS | § | APPEALS AT AUSTIN, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 04 2015

Abel Acosta, Clerk

## MOTION FOR EXTENTION OF TIME TO FILE A

## PETITION FOR DISCRETIONARY REVIEW

COMES NOW, Cedric Hopes, #01932624, Petitioner in the above -styled and -numbered cause and files his motion for an extention of time to file his Petition for Discretionary Review, and shows this Honorable Court GOOD CAUSE to GRANT this motion as follows:

1· Petitioner is currently incarcerated in the TDCJ-CID Coffield in Anderson County, Texas, and is indigent.

FILED IN
COURT OF CRIMINAL APPEALS

2· Petitioner does not have counsel for his help and is proceeding in the Pro se status. DEC 04 2015

Abel Acosta, Clerk

3· The Coffield unit's law library **only** allows for each offender to have 10 hours per week to conduct their research, draft out their briefs, and properly prepare for any legal document to be filed with the allotted time.

4· The Petitioner's memorandum Opinion was handed down on November 5, 2015. **See 14th Court of Appeals' Opinion under No. 14-14-00403-CR.** Therefore, the Petitioner's PDR is currently due on December 5, 2015.

5· The Petitioner is seeking for a 60 day extention in order to properly prepare and file his PDR on his own behalf.

6· The Petitioner's proposed deadline will fall on February

page 1

3, 2016.

7. The Petitioner respectfully requests this Honorable Court to extend the current due date to February 3, 2016, or to a reasonable amount of time that will secure the Petitioner the full opportunity to file a meaningful PDR on his own behalf.

## PRAYER FOR RELIEF

The Petitioner prays that this Honorable Court will GRANT this motion and reset the deadline to February 3, 2016, or to a reasonable maount of time that this Hononrable Court sees fit.

Cedric T. Hopes
#01932624-Coffield
2661 FM 2054
Tenn. Colony, Tx. 75884
Pro se.

## INMATE DECLARATION

I, Cedric T. Hopes, #01932624, Currently incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. Executed this day of November 25, 2015.

Cedric T. Hopes
#01932624-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Cedric T. Hopes, #01932624, have placed this motion for an extention of time into the internal mailing system of the Cof-

field unit in Anderson County, Texas, on November 25, 2015.
This is true and correct under the penalty of perjury. Executed
this day of November 25, 2015.

Cedric T. Hopes
#01932624-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.